# ARMED SERVICES BOARD OF CONTRACT APPEALS

Petition of -- )
)
Jaynes Corporation ) ASBCA No. 59454-948
)
Under Contract No. W912PL-09-C-0009 )

APPEARANCE FOR THE CONTRACTOR: Judith Ward Mattox, Esq.
   Colorado Springs, CO

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
   Engineer Chief Trial Attorney
  John F. Bazan, Esq.
   Engineer Trial Attorney
   U.S. Army Engineer District, Los Angeles

## ORDER OF DISMISSAL

The contractor filed, under Rule 1(a)(5), a request for an order directing the contracting officer to render a decision on its 29 May 2014 claim no later than 29 August 2014. The contracting officer has advised that he will issue a decision by 29 August 2014. By letter dated 11 August 2014, the petitioner withdrew his petition.

Accordingly, the Board dismisses this petition.

Dated: 18 August 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA No. 59454-948, Petition of Jaynes Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals